UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Phillip Boyd McLeod            Docket No. 5:21-CR-45-1M

### Petition for Action on Supervised Release

COMES NOW Carlton Timberlake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip Boyd McLeod, who, upon an earlier plea of guilty to Possession of Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on September 28, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Phillip Boyd McLeod was released from custody on December 27, 2023, at which time the term of supervised release commenced.

On April 29, 2024, the court approved a Petition for Action after the defendant was arrested for Driving While Impaired. The court permitted supervision to continue, and the defendant was ordered to comply with the Remote Alcohol Monitoring Program for a period of 60 days. The defendant successfully completed this sanction.

On August 27, 2025, the court approved a Violation Report to continue supervision after the defendant tested positive for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 9, 2025, the defendant submitted a urine specimen that was confirmed positive for marijuana, cocaine, amphetamines, and methamphetamines by the national laboratory. He admitted to using an illicit substance and acknowledged that his decision to do so was inexcusable and unjustifiable. The defendant was verbally reprimanded and counseled about his actions. He is scheduled to complete an initial substance abuse evaluation at First Step Services in Raleigh, North Carolina. The defendant's decision-making skills appear to need improvement. It is respectfully recommended that the defendant complete a program that refines the defendant's cognitive and behavioral skills in addition to substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Phillip Boyd McLeod
Docket No. 5:21-CR-45-1M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Carlton Timberlake
Carlton Timberlake
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: September 23, 2025

**ORDER OF THE COURT**

Considered and ordered this 26th day of September, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge